AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sean Harding, individually and on behalf of members
of the general public similarly situated

**V.**

Time Warner, Inc., a Delaware Corporation, et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**     09cv1212-WQH-WMc

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The First Amended Complaint is Dismissed without prejudice.

| January 26, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno

(By) Deputy Clerk

ENTERED ON January 26, 2010